

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          Gary Donelson Guion v. Laura Paige Guion

Appellate case number:     01-18-00386-CV

Trial court case number:    2017-57586

Trial court:                          256th District Court of Harris County

      The Clerk of this Court's November 6, 2018 notice informed appellee, Laura Paige Guion, that the time for filing appellee's brief had expired and that, unless appellee's brief or an extension was filed within 10 days of that notice, this Court may set this appeal for submission without an appellee's brief. *See* TEX. R. APP. P. 10.5(b), 38.6(d). However, appellee failed to timely file an appellate brief or extension.

      Accordingly, this Court requests that an appellee's brief, extension request, or a notice that no brief will be filed, from appellee's counsel, **Ricardo Lazaro Ramos**, be filed **within 10 days of the date of this order**. *See* TEX. R. APP. P. 2, 10.5(b), 38.6(b), (d). The Court notifies appellee that, if no appellee's brief or extension request is timely filed within 10 days of the date of this order, this Court will set this appeal for submission on the appellant's brief only. *See* TEX. R. APP. P. 38.9(a).

      It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____

                   ☒ Acting individually    ☐ Acting for the Court

Date: __March 7, 2019__